Michael HARRIS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99331.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 13, 2013.

Roxanna A. Mason, St. Louis, MO, for appellant.

Chris Koster, Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Michael Harris (Movant) appeals from the judgment of the circuit court denying, without an evidentiary hearing, his Rule 29.15 motion for post-conviction relief.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Matthew C. CLEMONS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99215.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 13, 2013.

Amy Faerber, St. Louis, MO, for appellant.

Chris Koster, Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., and MICHAEL K. MULLEN, S.J.

## ORDER

PER CURIAM.

Matthew Clemons appeals from the judgment denying his Rule 24.035[1] motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 24.035(h), (k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Rule 84.16(b). Mo. R. Civ. P. (2012).

1. All rule references are to Mo. R.Crim. P. (2012), unless otherwise indicated.